**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOE HAND PROMOTIONS, INC.**                                                                **PLAINTIFF**

**v.**                                        **CASE NO. 4:25-CV-01194-BSM**

**LA CULPABLE EVENT CENTER, LLC.,** *et al.*                                        **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE